# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0051
Lower Tribunal No. 19-18278
_____

## Julio Soto,
Appellant,

vs.

## Granada Insurance Company,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Pike & Lustig, LLP, and Michael J. Pike and Daniel Lustig (West Palm Beach); Harris Appeals, P.A., and Andrew A. Harris and Grace Mackey Streicher(Palm Beach Gardens), for appellant.

Hinshaw & Culbertson LLP, and James H. Wyman and Ronald L. Kammer, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.